UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,                Civil Action-
                                                  No. CV-13-7183
-  against –                               (Seybert, J.)
                                                  (Tomlinson, M.J.)

COUNTY OF SUFFOLK,

                Defendant.
-----------------------------------------------------x

## NOTICE OF LODGING OF PROPOSED CONSENT JUDGMENT

In accordance with the provisions of 28 C.F.R. § 50.7, plaintiff United States is lodging with this Court a proposed Consent Judgment that would resolve claims asserted in this action by the United States against the County of Suffolk.

**At this time, the Court should not sign and enter the proposed Consent Judgment. Instead, the proposed Consent Judgment should remain lodged with the Court while the United States provides an opportunity for public comment in accordance with 28 C.F.R. § 50.7.**

The Department of Justice will publish in the Federal Register a notice that the proposed Consent Judgment has been lodged with the Court. The notice will solicit public comment for a period of 30 days. During the comment period, no action is required of the Court.

After the close of the comment period, the United States will evaluate any comments received, determine whether any comments disclose facts or considerations which indicate that

the proposed settlement is inappropriate, inadequate or improper, and advise the Court whether the United States requests that the Consent Judgment be entered.

Dated: Brooklyn, New York
December 18, 2013

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York
                              Attorney for Plaintiff
                              271 Cadman Plaza East
                              Brooklyn, New York 11201

                  By:    /s *Sandra L. Levy*
                              SANDRA L. LEVY
                              Assistant United States Attorney
                              (718) 254-6014

Of Counsel:
STUART KEITH
Assistant Regional Counsel
U.S. Environmental Protection
Agency, Region 2
290 Broadway
New York, NY 10007