

U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

February 26, 2020

<u>By ECF</u>
The Honorable Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

   Re: <u>United States of America v. County of Suffolk,
     Civil Action No. CV 2:13-7183 (Seybert, J.)(Tomlinson, M.J.)</u>

Dear Judge Seybert:

  We write regarding the above-referenced matter in which the Court has previously entered a Consent Judgment against defendant. We are pleased to advise the Court that defendant Suffolk County has satisfactorily completed performance of its obligations under the Consent Judgment. Therefore, for the Court's review and endorsement, please find a Stipulation of Termination of Consent Judgment executed by the parties.

           Respectfully submitted,

           RICHARD P. DONOGHUE
           United States Attorney

      By: /s/
           Matthew Silverman
           Assistant U.S. Attorney
           (718) 254-6409
           Matthew.Silverman@usdoj.gov

cc: Alyssa L. Garone, Esq. (by ECF only)
   *Attorney for Suffolk County*